# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER FRATUS | CRIMINAL ACTION<br>NO. 20-00270 |

## ORDER

**AND NOW**, this 6th day of January 2021, upon consideration of Defendant's Motion to Suppress (ECF No. 18) and the Government's Response (ECF No. 19), and following a hearing held on December 16, 2020 (ECF No. 28), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.