IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION |
| PETER FRATUS | NO. 20-00270 |

## **ORDER**

**AND NOW**, this 7th day of July 2021, upon consideration of Defendant's Motion for Pretrial Release (ECF 40) and the Government's Response (ECF 41), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1