# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| PETER FRATUS | NO. 20-270 |

## ORDER

**AND NOW**, this 26th day of July 2021, upon consideration of the Government's Motion *in Limine* to introduce evidence of prior acts pursuant to Federal Rule of Evidence 404(b) (ECF 17) and the Defendant's Response (ECF 20), it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.