# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| PETER FRATUS | NO. 20-00270 |

## ORDER

**AND NOW**, this 10th day of September 2021, upon consideration of the Government's Motion *in Limine* to admit audio recordings pursuant to Federal Rules of Evidence 901 and 902 (ECF No. 48) and the Defendant's Response (ECF No. 52) and after an evidentiary hearing (ECF No. 59), it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.