# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| PETER FRATUS, | NO. 20-270 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 28th day of December 2021, upon consideration of Defendant Peter Fratus' Motion for Acquittal (ECF 78) and Motion for New Trial (ECF 79) and the Government's Responses (ECF 80 and 81), it is hereby **ORDERED** that Defendant's Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.